## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

Yu Hin Chan

                         Plaintiff                        Case No.
                                                                2:25-cv-10356-BHH-MHC

    v.

                                                                Jury Trial Demanded

Re/Max, Kevin C. McClanahan,

Karen May Bacdayan, Shantonu Basu

Carmen A. Pacheco, Dawn Hill-Kearse                    Complaint

                        Defendants

---

1. The current owner of the apartment where Plaintiff resides is Re/Max, as the former owner Raymond Chan claimed in his sworn affidavit,

2. Defendant Re/Max, Kevin C. McClanahan, Karen May Bacdayan, Carmen A. Pacheco, Dawn Hill-Kearse, and Shantonu Basu conspired together in forging the record that Plaintiff filed an Answer to a Court case but truth being Plaintiff never did,

3. This Court has jurisdiction under the RICO Act.

# PRAYER FOR RELIEF

Plaintiff demands $1 Billion against all Defendants.

# VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on:
8/1/25  [signature]